# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL ACTION NO. 5:14-CV-00016-RLV-DSC

| | |
|---|---|
| **NATISHA CARPENTER AND** ) | |
| **CARL WAYNE CARPENTER JR.,** ) | |
| ) | |
| Plaintiffs, ) | |
| ) | **ORDER** |
| v. ) | |
| ) | |
| **SCOTT EDWARD REED, et al.,** ) | |
| ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court on "Defendants' Motion to Seal" (document # 37) filed March 19, 2015, as well as the parties' associated briefs. For the reasons stated in Defendants' briefs, the Motion is **GRANTED**.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Richard L. Voorhees.

**SO ORDERED**.

Signed: March 27, 2015

David S. Cayer
United States Magistrate Judge