IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:14-cv-16

| | |
|---|---|
| CARL WAYNE CARPENTER, JR. AND NATISHA CARPENTER, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) **ORDER** |
| INVESTIGATOR SCOTT EDWARD REED, OFFICER CHARLES KURFEES, CITY OF STATESVILLE, TOM ANDERSON, | ) ) ) ) ) |
| Defendants. | ) ) |

The parties are directed to comply with the Court's Final Pre-Trial Order by filing complete proposed jury instructions. Defendants have only addressed the § 1983 claims and the Court requires that they submit instructions on the state law claims. Plaintiffs have failed to include instructions regarding *respondeat superior* and the City of Statesville. The parties are directed to supplement their filings by filing amended proposed jury instructions by no later than Thursday, September 10, 2015 at 8 p.m.

**SO ORDERED**.

Signed: September 9, 2015

Richard L. Voorhees
United States District Judge