# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| CARL WAYNE CARPENTER, JR., and NATISHA CARPENTER , | ) ) ) | JUDGMENT IN CASE |
| Plaintiff(s), | ) ) | CASE NO. 5:14CV16 |
| vs. | ) ) | |
| INVESTIGATOR SCOTT EDWARD REED and OFFICER CHARLES KURFEES, | ) ) ) ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court by Jury Trial and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Jury Verdict of September 21, 2015.

Signed: September 23, 2015

_____
Frank G. Johns, Clerk
United States District Court